UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TANYA L. CHAPMAN,

       Plaintiff,                                     Case No. 1:23-cv-941

v.                                                      Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECCURITY,

       Defendant.
_____/

**ORDER GRANTING APPLICATION TO PROCEED
*IN FORMA PAUPERIS* ON APPEAL**

Plaintiff has appealed the judgment affirming the Commissioner's decision. This matter is now before the Court on her application to proceed *in forma pauperis* on appeal (ECF No. 19). The fee for appealing a civil action is $605.00. The Court previously granted plaintiff leave to proceed *in forma pauperis*. *See* Order (ECF No. 4). As a general rule, Fed. Rule App. Proc. Rule 24(a)(3) provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." The general rule applies in this case. Accordingly, plaintiff's application to proceed *in forma pauperis* on appeal (ECF No. 19) is **GRANTED**.

        **IT IS SO ORDERED.**

Dated:  January 6, 2025                       /s/ Ray Kent
                                                           RAY KENT
                                                           United States Magistrate Judge